UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XBN, a minor, by and through his guardian ad litem, ALONDRA NUNEZ, and ALONDRA NUNEZ, individually,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA; and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO.: 1:24-cv-00431-HBK<br><br>ORDER GRANTING MOTION TO APPOINT GUARDIAN AD LITEM<br><br>(Doc. No. 2) |

Petitioner Alondra Nunez, through counsel, filed a motion for the Court to appoint Alondra Nunez as guardian ad litem for the minor Plaintiff, XBN on April 9, 2024. (Doc. No. 2, "Motion"). The Court grants the Motion.

Federal Rule of Civil Procedure 17 provides for a representative of a minor to sue or defend on a minor's behalf. Fed. R. Civ. P. 17(c). Similarly, the Local Rules of this Court, in pertinent part, states:

> Upon commencement of an action or upon initial appearance in defense of an action by or on behalf of a minor ... the attorney representing the minor or incompetent person shall present ... a motion for the appointment of a guardian ad litem by the Court, or ... a showing satisfactory to the Court that no such appointment is necessary to ensure adequate representation of the minor or

incompetent person.

Local Rule 202(a) (E.D. CA. March 1, 2022).

Appointment of a guardian ad litem is not a mere formality because the guardian "is authorized to act on behalf of his ward and may make all appropriate decisions in the course of specific litigation." *United States v. 30.64 Acres of Land, More or Less, Situated in Klickitat Cty., State of Wash.*, 795 F.2d 796, 805 (9th Cir. 1986). The purpose of the guardian ad item is to "safeguard the interests of litigants who are minors." *Robidoux v. Rosengren*, 638 F.3d 1177, 1181 (9th Cir. 2011). A "guardian ad litem need not possess any special qualifications," but must "be truly dedicated to the best interests of the person on whose behalf he seeks to litigate." *AT&T Mobility, LLC v. Yeager*, 143 F.Supp.3d 1042, 1053-54 (E.D. Cal. 2015) (citations omitted).

The court has considered the application of Alondra Nunez for appointment as guardian ad litem for XBN, the minor Plaintiff. Alondra Nunez is the mother of XBN. (Doc No. 2 at ¶1). Alondra Nunez has previously been appointed guardian ad litem for XBN in a related action filed in Tulare Superior County that was removed to this Court. (*Id*. at ¶5). The Court does not find any apparent conflict of interest or any other factors that demonstrate such appointment is not in the best interests of the minor Plaintiff XBN.

Accordingly, it is **ORDERED**:

The motion to appoint a guardian ad litem for the minor Plaintiff (Doc. No. 2) is **GRANTED** and Alondra Nunez is appointed guardian ad litem for the minor Plaintiff XBN for purposes of this action.

Dated:   April 15, 2024

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE